

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2014

No. 04-14-00392-CR

Billy Bob **OPPELT**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR5849
Honorable Raymond Angelini, Judge Presiding

# O R D E R

The reporter's record in this appeal was originally due July 7, 2014, but it was not filed. On July 14, 2014, this court notified court reporter Bettina J. Williams by letter that the record was past due. Our notice required Williams to file the record by August 13, 2014. Williams did not respond to the letter or file the record. On August 18, we ordered Williams to file the record by August 25.

Williams has filed a motion for extension of time to file the record, explaining the appeal was mistakenly overlooked. Williams requests an extension until September 5, 2014 (sixty days after the original due date), and states she will take leave from work in order to complete the record by that date.

We **grant** the motion and **order** Bettina J. Williams to file the reporter's record in this appeal by **September 5, 2014**. No further extension of time will be granted absent a showing of extraordinary circumstances.

We further **order** the clerk of this court to serve a copy of this order on the trial court. *See* TEX .R. APP. P. 35.3(c) ("[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed").

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2014.



_____

Keith E. Hottle
Clerk of Court